Aug. 29, 1979.

422 A.2d 699

Ace Triple A, etc. v. Asbury Ind., Inc., Appellant.

Argued April 10, 1979. Stanley M. Stein, for appellant; Howard T. Gilfillan, for appellee.

Before VAN der VOORT, SPAETH and WATKINS, JJ.

Order affirmed on the able opinion of WATSON, J., written for the court en banc consisting of WATSON and ROSS, JJ., of the Court of Common Pleas of Allegheny County, Civil Division.

422 A.2d 699

Commonwealth v. Jenkins, Appellant.

Submitted April 12, 1979. H. Patrick McFalls, Assistant Public Defender, for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and WATKINS, JJ.

Judgment of sentence affirmed.